AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>TWO (2) CELLULAR DEVICES CURRENTLY LOCATED AT 125 EAST JOHN CARPENTER FREEWAY, IRVING, TEXAS 75062 | )<br>)<br>)  Case No.   4:20-MJ-_705_____<br>)<br>)  FILED UNDER SEAL<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     __Northern__     District of     __Texas__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
As further described in Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     __November 6, 2020__
                                                                                                                            *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jeffrey L. Cureton_____.
                                  *(name)*

n / a ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for _____ days *(not to exceed 30)*.
                                                                                             ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/23/2020 10:42 am                                   _____
                                                                                                               *Judge's signature*

City and state:   Fort Worth, Texas                                                Jeffrey L. Cureton, U.S. Magistrate Judge
                                                                                                          *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 4:20-MJ-_705 | Date and time warrant executed: 10/29/2020 / 2:45 p.m. | Copy of warrant and inventory left with: |

Inventory made in the presence of: Sheldon Jones

Inventory of the property taken and name of any person(s) seized:

Extraction of data on both cellular devices listed below:

(1) Black Samsung/Galaxy A01, bearing IMEI: 351721110459142

(2) Navy Samsung/Galaxy A10e, bearing IMEI: 353280115504557

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/29/2020

_Executing officer's signature_

Sheldon Jones, SA HSI
_Printed name and title_

Print    Save As...    Reset